An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ABDUL HOWARD,
            Appellant,

vs.

THE STATE OF NEVADA,
            Respondent.

No. 68556

**FILED**

SEP 2 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a motion to correct or modify a sentence. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Appellant has submitted a "Notice of Voluntary Dismissal."[1] We elect to treat this notice as a motion for a voluntary dismissal of this appeal and, cause appearing, we grant it. We

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

---

[1]The clerk of this court shall file the request to dismiss this appeal received on August 17, 2015.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-29477

cc: Hon. Douglas Smith, District Judge
Abdul Howard
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A